**No. 49573.**—Protest 101952–K of Amalgamated Leather Co's., Inc. (New York).

Opinion by WALKER, J. When the case was called for trial there was no appearance on behalf of plaintiff and the case was ordered submitted by the court. From an examination of the official papers it appeared that the affidavits required by the provisions of article 497, Customs Regulations of 1937, were not filed within the prescribed time. On the record the protest was overruled.